78 A.3d 1058

**Archie WARD, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 128 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**